Stephen G. Recordon (SBN 91401)
**Recordon & Recordon**
225 Broadway, Suite 1900
San Diego, CA  92101
Phone: (619) 232-1717
Facsimile: (619) 232-5325
Email: sgrecordon@aol.com

Clinton Rooney (SBN 221628)
225 Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 234-0212
Facsimile: (619) 232-1382
Email: rooneycdi@gmail.com

Attorneys for Plaintiff CHRISTOPHER ALARCON

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALARCON,　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　Plaintiff,　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>VITAL RECOVERY SERVICES,　)<br>INC, and GALAXY ASSET　　　)<br>PURCHASING, LLC,　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendants. )<br>_____) | CASE No. **'15CV992  LAB KSC**<br><br>COMPLAINT FOR VIOLATIONS<br>OF THE FEDERAL FAIR DEBT<br>COLLECTION PRACTICES ACT<br>AND VIOLATIONS OF THE<br>ROSENTHAL ACT |

## INTRODUCTION

1.     Plaintiff Christopher Alarcon ("Plaintiff" or "Alarcon"), through his counsel, brings this action to challenge the acts of Vital Recovery Services, Inc, (hereinafter "VRS") and Galaxy Asset Purchasing, LLC (hereinafter "GAP")

Complaint

(collectively, "Defendants") regarding attempts by Defendants to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

2.     Plaintiff makes these allegations on information and belief, with the exception of those allegations that pertain to a plaintiff, or to a plaintiff's counsel, which Plaintiff alleges on personal knowledge.

3.     While many violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

4.     Any violations by Defendants were knowing, willful, and intentional, and Defendants did not maintain procedures reasonably adapted to avoid any such violation.

## JURISDICTION AND VENUE

5.     Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331, 15 U.S.C. § 1692(k), and 28 U.S.C. § 1367 for supplemental state claims.

6.     This action arises out of Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA"), and California's Fair Debt Collection Practices Act ("RFDCPA" or "Rosenthal Act").

7.     As all Defendants do business in the State of California, and committed the acts that form the basis for this suit with the intent to cause effects in the state of California, this Court has personal jurisdiction over Defendant for purposes of this action.

8.     Venue is proper as all Defendants do business in the County of San Diego and the acts at issue took place in the County of San Diego.

## PARTIES

9.     Plaintiff is a natural person, an adult, and resides in San Diego County, California.

/ / /

/ / /

Complaint

10.    Plaintiff is informed and believes and thereon alleges that Defendant GAP is a Nevada limited liability company or limited partnership doing business in the State of California.

11.    Plaintiff is informed and believes and thereon alleges that Defendant VRS is a Georgia limited liability company or limited partnership doing business in the State of California.

12.    All Defendants are persons who use an instrumentality of interstate commerce or the mails in a business the principal purpose of which is the collection of debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and are therefore debt collectors as that phrase is defined by 15 U.S.C. § 1692a(6).

13.    All Defendants, in the ordinary course of business, regularly, and on behalf of himself, herself, or others, engages in debt collection as that term is defined by California Civil Code § 1788.2(b), and is therefore a debt collector as that term is defined by California Civil Code § 1788.2(c).

14.    All Defendants claim that Plaintiff is obligated to pay a debt, and therefore Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

15.    Plaintiff is a natural person from whom a debt collector sought to collect a consumer debt which was due and owing or alleged to be due and owing from Plaintiff, and is a "debtor" as that term is defined by California Civil Code § 1788.2(h).

16.    This case involves money, property or their equivalent, due or owing or alleged to be due or owing from a natural person by reason of a consumer credit transaction. As such, this action arises out of a consumer debt and "consumer credit" as those terms are defined by Cal. Civ. Code § 1788.2(f).

/ / /

/ / /

/ / /

Complaint

## FACTS COMMON TO ALL CAUSES OF ACTION

17.    On or about April 29, 2006, Beneficial California, Inc ("Beneficial") entered into a written agreement "Consumer Loan Agreement" with Plaintiff to loan Plaintiff the sum of $14,304.69.

18.    A redacted copy of this Consumer Loan Agreement is attached hereto as Exhibit A.

19.    As a part of the above Consumer Loan Agreement, Beneficial and Plaintiff agreed that "this loan was made for a personal, family or household purpose and is considered to be a consumer loan governed by the California Finance Lenders Law (CFLL)."

20.    This Consumer Loan Agreement was later associated with an account number ending in 0118 ("Account").

21.    On July 15, 2009, Beneficial filed a complaint ("State Court Complaint") in the Superior Court of California for the County of San Diego against Mr. Alarcon, in the matter of *Beneficial California, Inc v. Christopher Alarcon*, case number 37-2009-00094101-CL-CL-CTL ("State Court Action").

22.    A copy of this July 15, 2009 State Court Complaint is attached hereto as Exhibit B.

23.    In the above State Court Complaint, Beneficial claimed that Alarcon owed Beneficial the principal balance of $13,616.60.

24.    While Beneficial did not identify the account number at issue in the State Court Complaint, on April 20, 2010, counsel for Beneficial filed a document entitled *Declaration of Plaintiff in Lieu of Personal Testimony at Trial[CCP §98]* in the State Court Action.

25.    As "Exhibit B" to the *Declaration of Plaintiff in Lieu of Personal Testimony at Trial  [CCP §98]*, Beneficial filed a copy of an "Account Payment History for Christopher Alarco" (*sic*) that referenced an account number ending in 0118, with the initial account numbers redacted, indicating that the account at issue in the State Court Action was a Beneficial account with an account number ending

Complaint

in 0118, the same number earlier associated with the April 29, 2006 Consumer Loan Agreement.

26.     A copy of this "Account Payment History" is attached hereto as Exhibit C.

27.     On July 9, 2010, Beneficial prosecuted their claims to trial in the State Court Action, and lost.

28.     On October 15, 2010, the Hon. Joan Lewis signed and entered judgment ("State Court Judgment") for Alarcon and against Beneficial in the State Court Action.

29.     A copy of this State Court Judgment is attached hereto as Exhibit D.

30.     On or about August 1, 2014, VRS sent Alarcon a letter (Dunning Letter), claiming that the Account was now owned by GAP, and that Alarcon now owed GAP the sum of $23,507.36, and demanding payment in that amount.

31.     A redacted copy of this Dunning letter is attached hereto as Exhibit E.

**ALLEGATIONS SPECIFIC TO CERTAIN CAUSES OF ACTION**

**<u>FIRST CLAIM FOR RELIEF</u>**

**(Violations of the FDCPA by All Named Defendants)**

32.     Plaintiff re-alleges and incorporates herein by reference the allegations contained in the paragraphs above.

33.     All named Defendants violated the FDCPA. Defendants' violations include, but are not limited to the *following*:

a.     *15 U.S.C. §1692d* by engaging in behavior the natural consequence of which is to harass, abuse or oppress;

b.     *15 U.S.C. §1692e* by making a false, deceptive or misleading misrepresentation in the collection of a debt;

c.     *15 U.S.C. §1692e(2)* by misrepresenting the character, amount and legal status of a debt;

d.     *15 U.S.C. §1692e(10)* by use of a false representation or deceptive means to collect a debt;

Complaint

e.    *15 U.S.C. §1692f(10)* by use of an unfair or unconscionable means to collect or attempt to collect a debt.

34.    Plaintiff is entitled to actual damages sustained as a result of Defendants' conduct, in an amount according to proof; to statutory damages of $1,000; costs of the action; and reasonable attorney's fees, all pursuant to *15 U.S.C. §1692k.*

## SECOND CLAIM FOR RELIEF

### (Violations of the Rosenthal Act by All Named Defendants)

35.    Plaintiff repeats, re-alleges, and incorporates by reference all the allegations contained in the paragraphs above.

36.    Based on information and belief, Defendants' acts and omissions violated *California Civil Code § 1788 et seq*, including, but not limited to the following sections: *California Civil Code §§ 1788.17* and *1788.13*.

37.    Based on information and belief, Defendants' violations of *California Civil Code § 1788.17*, which incorporate several of the provisions of the FDCPA, include, but are not limited to, the following:

a.    *15 U.S.C. §1692d* by engaging in behavior the natural consequence of which is to harass, abuse or oppress;

b.    *15 U.S.C. §1692e* by making a false, deceptive or misleading misrepresentation in the collection of a debt;

c.    *15 U.S.C. §1692e(2)* by misrepresenting the character, amount and legal status of a debt;

d.    *15 U.S.C. §1692e(10)* by use of a false representation or deceptive means to collect a debt;

e.    *15 U.S.C. §1692f(10)* by use of an unfair or unconscionable means to collect or attempt to collect a debt.

38.    Defendant LVNV's violations of the Rosenthal Act were willful and knowing, thereby entitling Plaintiff to statutory damages pursuant to *Civil Code § 1788.30(b)*.

Complaint

39.     As a proximate result of the violations of the Rosenthal Act committed by Defendants, Plaintiff is entitled to any actual damages pursuant to California Civil Code § 1788.30(a); statutory damages in an amount up to $1,000.00 each pursuant to California Civil Code § 1788.30(b); and, reasonable attorney's fees and costs pursuant to California Civil Code § 1788.30(c) from Defendants.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that judgment be entered against all named Defendants, and pray for the following relief:

1.     An award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) and California Civil Code § 1788.30(a)against all named Defendants and for the Plaintiff;

2.     An award of statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) against all named Defendants and for the Plaintiff;

3.     An award of statutory damages of $1,000.00 pursuant to California Civil Code § 1788.30(b) against Defendants and for Plaintiff;

4.     An award of costs of litigation and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3) and California Civil Code § 1788.30(c) against all named Defendants; and

5.     Such other and further relief this court may deem just and proper.

**JURY DEMAND**

1.     Plaintiff demands a trial by jury.

Respectfully submitted,

DATED April 28, 2015               /s/ Stephen G. Recordon
                                                          STEPHEN G. RECORDON
                                                          Attorney for Plaintiff

Complaint

# Exhibit A

LOAN REPAYMENT AND SECURITY AGREEMENT (Page 1 of 3)

**LENDER (called "We", "Us", "Our")**
BENEFICIAL CALIFORNIA INC.
8220 MIRA MESA BOULEVARD
SUITE F
SAN DIEGO CA 92126

California Finance Lenders License No.  603 3182

**BORROWERS (called "You", "Your")**
ALARCON, CHRISTOPHER
SS# ●●●●2362
7865 VIA MONTEBELLO
SAN DIEGO CA 92129

LOAN NO:  ●●●●●9848

| DATE OF LOAN | FIRST PAYMENT DUE DATE | OTHERS SAME DAY OF EACH MONTH | FINAL PAYMENT DUE DATE | | CONTRACT RATE (per year) |
|---|---|---|---|---|---|
| 04/29/2006 | 05/29/2006 | | 04/29/2011 | | 27.156 % |

| TOTAL OF PAYMENTS | AMOUNT FINANCED | PRINCIPAL | PROCEEDS AFTER INS. |
|---|---|---|---|
| $ 26,288.40 | $ 14,304.69 | $ 14,304.69 | $ 14,304.69 |

| | | ADMINISTRATIVE FEE |
|---|---|---|
| | | $ .00 |

| LIFE INS PREMIUM | DISABILITY INS PREMIUM | IUI PREMIUM |
|---|---|---|
| $ NONE | $ NONE | $ NONE |

| | PROPERTY INS PPI |
|---|---|
| | NONE |

| FIRST INSTALLMENT | MONTHLY INSTALLMENT | | TERM PERIOD |
|---|---|---|---|
| $ 438.14 | $ 438.14 | | 60 |

REQUIRED INSURANCE. You must obtain insurance for term of loan covering security for this loan as indicated by the word "YES" below, naming us as Loss Payee:

   Physical damage insurance on vehicle listed under "Security" above if "Y" appears under "Insured".
   Physical damage insurance on other property listed under "Security" above if "Y" appears under "Insured".
   You may obtain any required insurance from anyone you choose and may assign any other policy of insurance you own to cover the security for this loan.
   (See "Security" paragraph above for description of security to be insured.)

NOTICE: THE FOLLOWING PAGES CONTAIN ADDITIONAL CONTRACT TERMS.

11-15-05 NRE SI

CA855061

*A662197C3A98CEA9000CA855061D**ALARCON          #          .ORIGINAL

EXHIBIT A

## LOAN REPAYMENT AND SECURITY AGREEMENT (Page 2 of 3)

PAYMENT. In return for this loan, you shall pay us the Principal (Amount Financed and Administrative Fee, if any) (shown on page one) plus interest computed at the applicable "Contract Rate of Interest" stated below. You will pay at our business address or other address given to you. If more than one Borrower is named, we may enforce this contract against all, or any Borrowers, but not in a combined amount greater than the amount owed.

Each payment will be first applied to an equal portion of the Service Charge for each scheduled month in the contract until paid, then to the Interest at the Contract Rate for the actual number of days elapsed, and the remainder to my unpaid Amount Financed. No unpaid Service Charge or unpaid Interest will be added to unpaid balance of Amount Financed.

CONTRACT RATE OF INTEREST. Interest shall be computed by simple interest method at 1/365th of the Contract Rate (shown on page one) on actual unpaid balances of the Principal for each elapsed day (except February 29 in leap year).

DATE ON WHICH INTEREST BEGINS. If this loan is made by mail, the date on which Finance Charge begins, payment due dates, and effective date of any optional insurance purchased above are postponed by the number of days from this contract's date to date of disbursement.

PAY-OUTS. You agree to pay-outs of Amount Financed as shown on Truth-In-Lending disclosure form. If pay-outs change because loan closing is delayed, (a) you shall pay additional amounts due at closing, or (b) your cash or check will be reduced to cover additional pay-outs.

PREPAYMENT. You may prepay any or all of your loan at any time. Prepayment will reduce the Interest (but not Administrative Fee), as the Interest is computed on unpaid balances of the Principal for the time actually outstanding.

PREPAYMENT ON OR BEFORE THIRD PAYMENT DATE. If you prepay in full any loan with an original Amount Financed of less than $2,500 on or before third payment due date, we will recompute Interest by simple interest method on actual unpaid balances of Amount Financed for the number of days actually elapsed from the date of this agreement to date of prepayment at the rate of 2 1/2% per month on that part of the unpaid balance not exceeding $225, 2% per month on any part thereof exceeding $225, but not exceeding $900, 1 1/2% per month on any part thereof exceeding $900, but not exceeding $1,650, and 1% per month on any part thereof exceeding $1,650. We will adjust your account accordingly.

LATE FEE. If you don't pay any payment (except final payment) within 15 days after it's due, you agree to pay a late fee of $15.

BAD CHECK CHARGE. We will charge you a fee of $15.00 if any payment check is returned because of insufficient funds or is otherwise dishonored.

FAILURE TO PAY. If you don't pay on time or if you fail to keep required insurance in force, the unpaid balance of your account (including unpaid Interest and Service Charge) will (after we notify you, but without our need to demand payment in full) become due at once and we may sue you for the total amount you owe. The adjustment described in the preceding paragraph will be made if we sue on or before third payment date on a loan with original Amount Financed of less than $2,500. If we repossess an automobile taken as security you will also pay the reasonable fees we paid in connection with the repossession.

SATISFACTION OF JUDGMENT - SPOUSE'S PROPERTY. The separate property of any married person who signs below shall be subject to execution to satisfy any judgment entered on this Agreement.

**NOTICE: THE FOLLOWING PAGE CONTAINS ADDITIONAL CONTRACT TERMS.**

11-15-05 NRE SI

CAB55062

*A662197C3A98CEA9000CAB550620**ALARCON          x          ORIGINAL

## LOAN REPAYMENT AND SECURITY AGREEMENT (Page 3 of 3)

**CREDIT REPORTING AND CUSTOMER INFORMATION PRACTICES.** If you fail to fulfill the terms of your credit obligation, a negative report reflecting on your credit record may be submitted to a Credit Reporting Agency. You agree that the Department of Motor Vehicles (or your state's equivalent of such department) may release your residence address to us, should it become necessary to locate you. You agree that our supervisory personnel may listen to telephone calls between you and our representatives in order to evaluate the quality of our service to you. You understand and agree that we will call you from time to time to discuss your financial needs and any loan products that may be of interest to you as may be permitted by Applicable Law. For more information regarding our privacy practices , please refer to our Privacy Statement, which is included with your loan documents.

**INSURANCE.** Optional credit insurance and any required insurance disclosures are attached to this Agreement and are incorporated herein by reference.

**SECURITY.** You agree to give us a security interest in the property identified on page one.

**ALTERNATIVE DISPUTE RESOLUTION AND OTHER RIDERS.** The terms of the Arbitration Agreement and any other Riders signed as part of this loan transaction are incorporated into this Agreement by reference.

**APPLICABLE LAW.** This loan was made for a personal, family or household purpose and is to be considered a consumer loan governed by the California Finance Lenders Law (CFLL).

You agree that the Department of Motor Vehicles may release your residence address to us, should it become necessary to locate you.

You direct the disbursements shown on Truth-In-Lending Disclosure form, acknowledge receiving a copy of this Agreement and that form, copy of any Mortgage or Deed of Trust on real estate taken as security for this loan, Group Creditor Insurance Certificates, if coverage requested, and disability claim procedures

- [x] You do intend to use the proceeds of this loan primarily for personal, family, or household purposes. This loan is made pursuant to the California Finance Lenders Law, Division 9 of the Financial Code .

- [ ] You do not intend to use this loan for personal, family, or household purposes. This loan is made pursuant to the California Finance Lenders Law, Division 9 of the Financial Code.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

You certify that no person has performed any act as a broker in connection with this loan.

## FOR INFORMATION CONTACT THE DEPARTMENT OF CORPORATIONS, STATE OF CALIFORNIA.

YOU HAVE RECEIVED A COMPLETE COPY OF THIS AGREEMENT AND THE TRUTH-IN-LENDING DISCLOSURES.

BORROWERS:

_____(SEAL)

_____(SEAL)

_____(SEAL)

WITNESS:

11-15-05 NRE SI

CAB55063

*A662197C3A98CEA9000CAB550630**ALARCON*     ORIGINAL

# Exhibit B

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):*<br><br>Daniel L. Hembree CSBA# 247020<br>Hallie N. Bennett CSBA# 247407<br>Bishop, White & Marshall, P. S.,<br>1355 Willow Way, Suite 254, Concord CA 94520<br><br>  TELEPHONE NO: 206-622-5306   FAX NO. *(Optional):* 206-622-0354<br>E-MAIL ADDRESS *(Optional):*<br>  ATTORNEY FOR *(Name):* Beneficial California Inc. | FOR COURT USE ONLY<br><br>OFFICE 12<br>CENTRAL DIVISION<br><br>2009 JUL 15  A 10: 41<br><br>SUPERIOR COURT<br>DIEGO COUNTY, CA<br><br>JUL 15 '09 AM 9:28 |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego**
   STREET ADDRESS: 330 West Broadway
   MAILING ADDRESS:
   CITY AND ZIP CODE:  San Diego, CA 92101
   BRANCH NAME:  Hall of Justice Courthouse

PLAINTIFF:    Beneficial California Inc.

DEFENDANT: Christopher Alarcon

☒    DOES 1 TO 10

| CONTRACT | CASE NUMBER: |
|---|---|
| ☒  **COMPLAINT**      ☐  **AMENDED COMPLAINT** *(Number):*<br><br>☐  **CROSS-COMPLAINT**    ☐  **AMENDED CROSS-COMPLAINT (Number):** | |
| Jurisdiction *(check all that apply):*<br>**ACTION IS A LIMITED CIVIL CASE**<br>**Amount demanded**    ☐  **does not exceed $10,000**<br>            ☒  **exceeds $10,000 but does not exceed $25,000**<br>☐ **ACTION IS AN UNLIMITED CIVIL CASE  (exceeds $25,000)**<br>☐ **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint**<br>   ☐  **from limited to unlimited**<br>   ☐  **from unlimited to limited** | 37-2009-00094101-CL-CL-CTL |

1. **Plaintiff\*** *(name or names): Beneficial California Inc.*

   alleges causes of action against **defendant\*** *(name or names): Christopher Alarcon* and DOES 1 to 10

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3.   a.  Each plaintiff named above is a competent adult
        ☒  **except** plaintiff *(name): Beneficial California Inc.*
           (1)  ☐  a corporation qualified to do business in California
           (2)  ☐  an unincorporated entity *(describe):*
           (3)  ☒  other *(specify): a Corporation*
     b.  ☐  Plaintiff *(name):*
        a.  ☐  has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

        b.  ☐  has complied with all licensing requirements as a licensed *(specify):*
     c.  ☐  Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4.   a.  Each defendant named above is a natural person
        ☐  **except** defendant *(name):*          ☐  **except** defendant *(name):*
           (1)  ☐  a business organization, form unknown    (1)  ☐  a business organization, form unknown
           (2)  ☐  a corporation               (2)  ☐  a corporation
           (3)  ☐  an unincorporated entity *(describe):*    (3)  ☐  an unincorporated entity *(describe):*

           (4)  ☐  a public entity *(describe):*         (4)  ☐  a public entity *(describe):*

           (5)  ☐  other *(specify):*             (5)  ☐  other *(specify):*

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.          Code of Civil Procedure, § 425.12

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Electronic form © 2005-7<br>WWW.LawCA.com<br>Law Publishers |

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Beneficial California Inc.  vs. Christopher Alarcon | |

4. *(Continued)*

    b. The true names of defendants sued as Does are unknown to plaintiff.

        (1) ☐ Doe defendants *(specify Doe numbers):* were the agents or employees of the named defendants and acted within the scope of that agency or employment.

        (2) ☐ Doe defendants *(specify Doe numbers):* are persons whose capacities are unknown to plaintiff.

    c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

    d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, **and**

    a. ☐ has complied with applicable claims statutes, *or*

    b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because

    a. ☐ a defendant entered into the contract here.

    b. ☐ a defendant lived here when the contract was entered into.

    c. ☒ a defendant lives here now.

    d. ☐ the contract was to be performed here.

    e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.

    f. ☐ real property that is the subject of this action is located here.

    9. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    ☐ Breach of Contract

    ☒ Common Counts

    ☐ Other *(specify):*

9. ☒ Other allegations: Before commencement of this action, in those cases where recovery of costs is dependent on such notices, plaintiff informed the defendant(s) in writing it intended to file this action and that this action would result in a judgment against defendant(s) that would include court costs and necessary disbursements allowed by CCP Section 1033(b)(2).

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

    a. ☒ damages of: $13616.60

    b. ☐ interest on the damages

        (1) ☐ according to proof

        (2) ☐ at the rate of *(specify):*     percent per year from *(date):*

    c. ☒ attorney's fees

        (1) ☒ of: $1500.00

        (2) ☐ according to proof.

    d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: July 08, 2009

Daniel L. Hembree CSBA #247020

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

**COMPLAINT—Contract**

| SHORT TITLE:<br>Beneficial California Inc.   vs. Christopher Alarcon | CASE NUMBER: |
|---|---|

___FIRST___     **CAUSE OF ACTION–Common Counts**      Page ___3___
(number)

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):*

      alleges that defendant *(name):*
      Christopher Alarcon and DOES 1 to 10
      became indebted to ☐ plaintiff ☒ other *(name):* a Corporation

   a. ☒ within the last four years
       (1) ☐ on an open book account for money due.
       (2) ☒ because an account was stated in writing by and between plaintiff and defendant in which it
            was agreed that defendant was indebted to plaintiff.

   b. ☒ within the last ☐ two years ☒ four years
       (1) ☐ for money had and received by defendant for the use and benefit of plaintiff.
       (2) ☐ for work, labor, services and materials rendered at the special instance and request of defendant
            and for which defendant promised to pay plaintiff
            ☐ the sum of $
            ☐ he reasonable value.
       (3) ☐ for goods, wares, and merchandise sold and delivered to defendant and for which defendant
            promised to pay plaintiff
            ☐ the sum of $
            ☐ the reasonable value.
       (4) ☐ for money lent by plaintiff to defendant at defendant's request.
       (5) ☒ for money paid, laid out, and expended to or for defendant at defendant's special instance and
            request.
       (6) ☐ other *(specify):*

CC-2. $ 13616.60 _____, which is the reasonable value, is due and unpaid despite plaintiff's demand,
plus prejudgment interest ☐ according to proof ☒ at the rate of 0.0000% percent per year
from *(date):* July 06, 2009   Plus previously accrued interest in the sum of $0.00.

CC-3. ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
      ☒ of $ 1500.00 Pursuant to court schedule, or such other sum as
court may determine.
      ☐ according to proof.

   CC.4. ☐ Other:

File# HF960292

Form Approved by the
Judicial Council of California
Effective January 1, 1982
PLD-C-001(2) [Rev. January 1, 2007]
     **CAUSE OF ACTION – Common Counts**      CCP 425.12

electronic form ©1999 - 2007
WWW.LawCA.com
Law Publishers

# Exhibit C

Account Payment History for CHRISTOPHER  ALARCO            —2⬛⬛⬛⬛0118

N1 ALARCON          CHRISTOPHER  ⬛⬛2362 10 28 65
N2
X1
X2
FUND DATE  DATE 1ST PMT  DATE FINAL PMT   APR   CONT RATE   EFF DATE COV
04 29 06   05 29 06     04 29 11    27.156  27.156
TOTAL OF PMTS   AMT FINANCED  PRINCIPAL    PROC AFTER INS  TRIAD SCEN ID
26288.40    14304.69    14304.69     14304.69   098
TTL FIN CHG  SCHED INT  DISC/LOAN FEES  MAINT FEES PPP  ORIG FEES  BUS CLS DT
11983.71  11983.71       N        04 29 06
LIFE INS CHG  LIFE EXP DT DISAB INS CHG  DISAB EXP DT UNEMP CHG  UNEMP EXP DT
NONE       NONE        NONE
LIFE COV   FORECL INS PREM   PROP INS PREM   PROP COV   PROP EXP DT
NONE       NONE        NONE       NONE
RELI PREM  RELI COV  RELI EXP  NON-FILE  LPHI ANN  LPHI EXP  LPHI  PREM TYP
NONE    NONE    NONE    NONE       NONE
1ST PAYMT   STD PYMT   BALLOON PMT   UNIT CHARGE  MOS CONT   FORM CDE
438.14     438.14           060     21-839-0
PAYMENT   INT/CH   PRINC   BALANCE  BY DATE   THRU/COMMENTS   V S WP
438.14  438.14      11305.76 6m 123108 10* :165.00     BB
INT SH 366.06, DEF INT 615.53
              5!$ 100708 IRR02/876.42   R04/1 Y
Account Payment History for CHRISTOPHER  ALARCO            —⬛⬛⬛⬛0118

752.70
438.14  438.14      11305.76 6m 093008 7*0:165.00     BB
INT SH 30.34, DEF INT 615.53
438.14  438.14      11305.76 6m 082308 6*0:165.00d1    Y BB
DBL DT /8/25, INT SH 148.84, DEF INT 615.53, DFT COL 15.00
              6PA 070508 PURCH FROM 211777    Y
438.14  254.35  183.79 11305.76 1c 061608 5*0:150.00d1    SS
DEF INT 615.53, DFT COL 15.00
438.14  172.43  265.71 11489.55 1c 051908 4*0:135.00d1   Y SS
DEF INT 615.53, DFT COL 15.00
438.14  378.00   60.14 11755.26 1c 050108 3*0:120.00    Y SS
DEF INT 615.53
438.14  264.75  173.39 11815.40 1c 031908 2*0:120.00d1   Y SS
DEF INT 615.53, DFT COL 15.00
438.14  277.14  161.00 11988.79 1c 021908 1*0:105.00d1   Y SS
DEF INT 615.53, DFT COL 15.00
438.00  325.19  112.81 12149.79 1c 012108 12*0:90.00d1   Y SS
DEF INT 615.53, DFT COL 15.00
438.14  273.88  164.26 12262.60 1c 121807 11- :75.00d1   Y SS
DEF INT 615.53, DFT COL 15.00
Account Payment History for CHRISTOPHER  ALARCO            --⬛⬛⬛⬛0118

438.14  332.03  106.11 12426.86 1c 112007 10- :60.00d1   Y SS
DEF INT 615.53, DFT COL 15.00
438.14  297.87  140.27 12532.97 1c 101707 9- :45.00d1   Y SS
DEF INT 615.53, DFT COL 15.00
438.14  328.84  109.30 12673.24 1c 091707 8- :30.00d1   Y SS
DEF INT 615.53, DFT COL 15.00
483.14  304.30  178.84 12782.54 1m 081507 7- :15.00d1   Y BT
DEF INT 615.53, DFT COL 15.00
438.14  316.74  121.40 12961.38 1c 071607 6- :45.00d1   Y SS
DEF INT 615.53, DFT COL 15.00
438.14  395.84   42.30 13082.78 6m 061507 5- :30.00d1   Y BB
DEF INT 615.53, DFT COL 15.00
438.14  203.35  234.79 13125.08 1m 050707  4- :15.00   Y BT
DEF INT 615.53

EXHIBIT B

```
  438.14  ,438.14      13359.87 6m  )507  3- :15.00d1       Y BB
INT SH 84.07, DEF INT 615.53, DFT CUL 15.00
  468.14  468.14       13359.87 1c  041607  2- d1         Y SS
INT SH 417.75, DEF INT 615.53, DFT COL 15.00
  436.28  436.28       13359.87 6m  022207  1- :15.00d1       Y BB
INT SH 344.08, DEF INT 615.53, DFT COL 15.00
Account Payment History for CHRISTOPHER   ALARCO             --2███████0118

                    6!$ 010407 !KR01/438.14    R02/8
76.28   DT INT PD TO 12/07/06 DEF INT 615.53 INT SH 0.00        Y SS
INT SH->DEF INT 0.00
  440.00   40.95   399.05 13359.87 1m 110706  12-436         BT
DEF INT 317.34
                    6!$ 110406 !KR01/438.14    R01/4
38.14   DT INT PD TO 11/03/06 DEF INT 317.34 INT SH 0.00
INT SH->DEF INT 0.00
  438.14  350.27   87.87 13758.92 1m 100306  9-           BT
  438.14  301.70  136.44 13846.79 1m 083006  8-           BT
  438.14  345.59   92.55 13983.23 1c 080106  7-          Y SS
  437.60  296.17  141.43 14075.78 1c 062906  6-          Y SS
  438.14  351.20   86.94 14217.21 1c 060106  6-437        Y SS
   .54          .54 14304.15 1c 042906  5-437       Y
```

SERVICE SCREEN as of 06/10/2009 8  :50 AM

```
201-SERVICE                    P  2▓▓▓▓▓▓▓70118 LXM  COLL Y
N1 ALARCON       CHRISTOPHER  N2
3787 CAYUCOS WAY                      SAN DIEGO   CA 92129
SS# ▓▓▓▓2362  PH# 858 538 6360 E1 ICW GROUP       N1OA 1 N2OA  TLCC305
PAID THRU DUE DATE ACQ DATE  PYMT HISTORY   UBCP    DOD N/A GRP SOL
  10/08  11/29/08       *5432111*C1*       183  L  O  N
FUND DATE DT FNL PYT  PAY DAY  AMT FIN  TOTAL PYMT  STD PYMT  RATE  MOC
04/29/06  04/29/11   O29 C29  14304.69  26288.40   438.14   27.156 060
LIFE INS   DISAB INS  UNEMP INS   SECUR      YTD INTEREST PAID    RCY
  NONE      NONE       NONE  N    MTGE        TOT INT        06
ACH  DISP AMT      NXT BR/ACCT 213151      RCNT 001 RS 10/07/08 R
 NET-BAL-DUE-INQ CDE  PROPERTY  PAY-TO-DT  PMT REF  DT       ADD
BUS UNIT HFC-USA                    PR 01/04/07 K
 PAYMENT  INT/CH  PRINC  BALANCE  BY DATE   THRU/COMMENTS      WP
  438.14  438.14     11305.76 6m 123108 10* :165.00      BB
        INT SH 366.06, DEF INT 615.53
  438.14  438.14     11305.76 6m 093008 7*0:165.00      BB
000  980881         COMMENTS 980881 2    A662197C3A 8 98
S/G 061009 0602 N O H O W O LM  CIC  S   CM SVC AT 8885335467 AND SEND PMT
TO HFC:841 SEAHAWK CIRCLE. ATTN: OPS DEPT. VIRGINIA BEACH, VA 23452  KEEP Y
H1   $    H2   $    PA:M D  $   FL   FFL
S/G 061009 0602 N O H O W O LM  CIC  S   CM PREPARED 101 SUIT PACK FOR ATTY
 Bishop, White and Marshall            REFER CALLS TO DELI KEEP Y
H1   $    H2   $    PA:M D  $   FL   FFL
```

# Exhibit D

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*
Paul E. Smith, Cal. Bar No. 216644
16870 W. Bernardo Dr., Suite 400
San Diego, California 92127
TELEPHONE NO.: 858-679-3396   FAX NO. *(Optional):* 858-630-4947
E-MAIL ADDRESS *(Optional):* psmith@paulsmithlaw.com
ATTORNEY FOR *(Name):* Christopher Alarcon

FOR COURT USE ONLY

**F I L E D**
Clerk of the Superior Court

OCT 1 5 2010

By: R. LINDSEY-COOPER, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Central

PLAINTIFF: Beneficial California Inc.

DEFENDANT: Christopher Alarcon

| JUDGMENT | | | | CASE NUMBER: |
|---|---|---|---|---|
| ☐ By Clerk | ☐ By Default | ✓ After Court Trial | | 37-2009-00094101-cl-cl-ctl |
| ☐ By Court | ☐ On Stipulation | ☐ Defendant Did Not Appear at Trial | | |

**JUDGMENT**

1. ☐ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☐ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☐ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court   ☐ the stipulation was stated on the record.

3. ✓ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time):* July 9, 2010 at 9:45 a.m. and July 30, 2010 at 9:45 a.m.
      before *(name of judicial officer):* Hon. Joan M. Lewis
   b. Appearances by:
      ✓ Plaintiff *(name each):*
      (1) Beneficial California Inc.
      (2)
      ☐ Continued on Attachment 3b.

      ✓ Plaintiff's attorney *(name each):*
      (1) Special-appearance attorney
         Russ Bolin
      (2)

      ✓ Defendant *(name each):*
      (1) Christopher Alarcon
      (2)
      ☐ Continued on Attachment 3b.

      ✓ Defendant 's attorney *(name each):*
      (1) Paul E. Smith
      (2)

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. ✓ A statement of decision (Code Civ. Proc., § 632) ✓ was not ☐ was requested.

Page 1 of 2

**JUDGMENT**

| PLAINTIFF: Beneficial California Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT: Christopher Alarcon | 37-2009-00094101-cl-cl-ctl |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** [✓] **THE COURT**    [ ] **THE CLERK**

4. [ ]   **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [ ] for plaintiff *(name each):*

      and against defendant *(names):*

      [ ] Continued on Attachment 5a.

   b. [✓] for defendant *(name each):*
      Christopher Alarcon

   c. [ ] for cross-complainant *(name each):*

      and against cross-defendant *(name each):*

      [ ] Continued on Attachment 5c.

   d. [ ] for cross-defendant *(name each):*

6. **Amount.**
   a. [ ] Defendant named in item 5a above must pay plaintiff on the complaint:

   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | | | | | |
|---|---|---|---|---|---|---|
| (1) | [ ] Damages | $ | | (1) | [ ] Damages | $ |
| (2) | [ ] Prejudgment interest at the annual rate of     % | $ | | (2) | [ ] Prejudgment interest at the annual rate of     % | $ |
| (3) | [ ] Attorney fees | $ | | (3) | [ ] Attorney fees | $ |
| (4) | [ ] Costs | $ | | (4) | [ ] Costs | $ |
| (5) | [ ] Other *(specify):* | $ | | (5) | [ ] Other *(specify):* | $ |
| (6) | **TOTAL** | $ | | (6) | **TOTAL** | $ |

   b. [✓] Plaintiff to receive nothing from defendant named in item 5b.
      [✓] Defendant named in item 5b to recover costs $ 330.00
      [ ] and attorney fees $

   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
      [ ] Cross-defendant named in item 5d to recover costs $
      [ ] and attorney fees $

7. [✓] Other *(specify):*
   Any claim for attorney fees may be made by noticed motion within the time specified in the Code of Civil Procedure.

Date:
   OCT 1 5 2010

**JOAN M. LEWIS**
JUDICIAL OFFICER

Date: _____   [ ] Clerk, by _____ , Deputy

---

| (SEAL) | **CLERK'S CERTIFICATE** *(Optional)* |
|---|---|
| | I certify that this is a true copy of the original judgment on file in the court. |
| | Date: |
| | Clerk, by _____ , Deputy |

Page 2 of 2

JUD-100 [New January 1, 2002]     **JUDGMENT**

# Exhibit E

PO Box 923748
Peachtree Corners, GA 30010-3748

**RETURN SERVICE REQUESTED**

**August 1, 2014**

**VITAL RECOVERY SERVICES, INC.**
PO Box 923748
Peachtree Corners, GA 30010-3748
**(888)262-3446**

Original Creditor: **BENEFICIAL**

Current Creditor: **GALAXY ASSET PURCHASING, LLC**
New Account #: <u>016976715</u>
Original Account#: ▓▓▓▓▓▓0118
Last Payment Date: **July 6, 2009**
Total Balance Due: **$23507.36**
0041            016976715

00005  V01

**CHRISTOPHER ALARCON**
**11960 BLACK MOUNTAIN RD UNIT**
**51**
**SAN DIEGO CA  92129-4943**

| IMPORTANT NOTICE: |
| --- |
| PLEASE RESPOND |

### YOUR ACCOUNT HAS BEEN PLACED WITH US.

Dear CHRISTOPHER ALARCON:

VITAL RECOVERY SERVICES, INC. is now servicing the CONSUMER account noted above that was originated by BENEFICIAL and was purchased by GALAXY ASSET PURCHASING, LLC.  Our client GALAXY ASSET PURCHASING, LLC has turned it over to us to collect it for them.

Unless you notify Vital Recovery Services, Inc. within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, Vital Recovery Services, Inc. will assume this debt is valid.  If you notify Vital Recovery Services, Inc. in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, Vital Recovery Services, Inc. will obtain verification of the debt or obtain a copy of a judgment and will mail you a copy of such judgment or verification.  If you request of Vital Recovery Services, Inc. in writing within 30 days after receiving this notice Vital Recovery Services, Inc. will provide you with the name and address of the original creditor, if different from the current creditor.

For further information or to pay by phone, please call Vital Recovery Services, Inc. at (888)262-3446.

### NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
**This letter is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.  This communication is from a debt collector.**

| To make a payment online go to:  **https://pay.vitalrecovery.com/** |
| --- |
| **Sign on using payment id: 01697671542** |

A fee may be charged for check or credit card payments made by phone or web.

---

⬇    **Detach Here And Remit Lower Portion With Payment In The Enclosed Reply Envelope**    ⬇

Make check payable to:

**VITAL RECOVERY SERVICES, INC.**

8052014

NEW ACCT #:  016976715
TOTAL BALANCE DUE:  $23507.36

Amount Paid:

Home Phone: _____
Daytime Phone: _____

0041  V01        016976715

VITAL RECOVERY SERVICES, INC.
PO BOX 923747
PEACHTREE CORS., GA  30010-3747

**CHRISTOPHER ALARCON**
**11960 BLACK MOUNTAIN RD UNIT**
**51**
**SAN DIEGO CA  92129-4943**

☐  Check here if address has changed.
   Please note changes on reverse side.

**We are required under state law to notify consumers of the following rights.  This list does not contain a complete list of rights consumers have under state and federal law.**

CALIFORNIA RESIDENTS: THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8 A.M. OR AFTER 9 P.M. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT YOUR DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR www.ftc.gov

**We are required under state law to notify consumers of the following rights. This list does not contain a complete list of rights consumers have under state and federal law.**

COLORADO RESIDENTS: AS REQUIRED BY STATE LAW HB 10-1222, OUR IN-STATE OFFICE ADDRESS AND PHONE NUMBER IS:

**COLORADO MANAGER, INC.
80 GARDEN CENTER, SUITE 3
BROOMFIELD, CO 80020
(303) 920-4763**

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.

A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

**We are required under state law to notify consumers of the following rights.  This list does not contain a complete list of rights consumers have under state and federal law.**

MASSACHUSETTS RESIDENTS:  NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT.   ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST.  YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY.

Massachusetts local address is 15 Union Street, Lawrence, MA 01840
Hours of Operation: Monday - Thursday, 8 a.m. - 9 p.m., Friday 8 a.m. - 5 p.m. Eastern

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.