# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALARCON,<br>　　　　　　　　　Plaintiff,<br>vs.<br>VITAL RECOVERY SERVICES, INC., et al.,<br>　　　　　　　　　Defendants. | CASE NO. 15cv992-LAB (KSC)<br>**ORDER ACCEPTING MOTION TO DISMISS FOR FILING; AND**<br>**ORDER EXTENDING BRIEFING DEADLINES** |

　　　　Defendants filed a motion to dismiss, or in the alternative for summary judgment. (Docket no. 22.) On July 19, the Court granted Defendants' motion to dismiss, without addressing summary judgment. The Court's order explained that the Court was required to address jurisdiction first. Because jurisdictional facts had not been adequately pled, the Court dismissed the complaint, directed Plaintiff to file an amended complaint, and then set dates for the filing of an "updated motion to dismiss." (Docket no. 30 at 2:8–11.) The order said the motion would be decided on the papers. (*Id.*)

　　　　After Plaintiff filed an amended complaint, Defendants, relying on the Court's previous order, electronically filed a motion to dismiss the first amended complaint, or alternatively for summary judgment. By discrepancy order, the Court mistakenly rejected

that for filing.  The Clerk is directed to file the motion that the Court previously rejected. (Docket no. 34-1.)

Plaintiff may file an opposition to this motion by **September 7**.  If Defendants wish to file a reply, they may do so by **September 14**.  After this briefing is filed, the Court will set a hearing if appropriate, but otherwise the matter will be decided on the papers.  The parties' briefing should include all arguments and evidence they wish the Court to consider, bearing in mind that the Court may decide the matter on the papers without oral argument or a hearing.  *See* Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED**.

Dated: August 21, 2018

_____
**H**ONORABLE **L**ARRY **A**LAN **B**URNS
United States District Judge