# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALARCON,<br><br>                              Plaintiff,<br><br>             vs.<br><br>VITAL RECOVERY SERVICES, INC., et al.,<br><br>                              Defendants. | CASE NO. 15cv992-LAB (KSC)<br><br>**ORDER GRANTING JOINT DISMISSAL [Dkt. 61]** |

The parties' joint motion to dismiss is **GRANTED**.  Dkt. 61.  This entire action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.  FRCP 41(a).

        **IT IS SO ORDERED**.

Dated: August 16, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge